# PLEA MINUTE SHEET
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

| CR 10-3104 BB | UNITED STATES vs. BEEBE |
|---|---|

**Before The Honorable W. Daniel Schneider, United States Magistrate Judge**

| Hearing Date: | **August 18, 2011** | Time In and Out: | **10:19 am - 10:27 am** |
|---|---|---|---|
| Clerk: | **Kim** | FTR Information: | **FTR-Gila** |
| Defendant: | **Paul William Beebe** | Defendant's Counsel: | **Michael V. Davis** |
| AUSA: | **Roberto Ortega, Fara Gold, & Gerard Hogan** | Interpreter: | Sworn |

| | | |
|---|---|---|
| **X** | Defendant Sworn | First Appearance |
| **X** | Consent to proceed before a magistrate judge and original plea agreement reviewed and executed by Deft. | |
| **X** | Deft acknowledges receipt of: (Indictment or Information) | |
| | If Deft proceeding by way of information, Deft acknowledges right to an indictment and waives that right. | |
| **X** | Terms and conditions of proposed plea agreement explained. | |
| **X** | Factual predicate to sustain the plea provided. | |
| **X** | Deft questioned re Deft's age, education, physical/mental condition, and whether under the influence of alcohol, drugs, or any medication. Deft advised of charge(s), penalties and possible consequences of the plea. | |
| **X** | Deft advised of constitutional rights, loss of rights, and maximum possible penalties (including imprisonment, fine, supervised release, probation, SPA, restitution, and any forfeitures). | |
| **X** | Deft questioned re time to consult with attorney and if satisfied with his or her representation. | |
| **X** | Court finds Deft fully understands charge(s), terms of plea, and the consequences of entry into plea agreement. | |
| **X** | Deft pleads GUILTY to: **Count 2 of the Indictment** | |
| **X** | Allocution by Deft on elements of charge(s). | |
| **X** | Court finds plea freely, voluntarily, and intelligently made; plea of guilty accepted. | |
| **X** | Deft adjudged guilty. | |
| X | Acceptance of plea agreement deferred until final disposition hearing by district judge. | |
| **X** | Sentencing Date:     **to be notified** | |
| X | Defendant to Remain in Custody | |
| | Present conditions of release continued | Conditions changed to: |
| | Penalty for failure to appear explained | |
| **X** | Presentence Report Ordered | X | **Expedited (Type III)** |
| **X** | Other Matters:   **cc: Probation** | |
| X | Court orders Expedited PSR | |