Rules of My
H/ Ow 5e
1. If you go to sleep
at any time Befor
2am you will Be
Drawn on in Permanet
Marker, all over you
what euer you want.
2. Never fall asleep with
your shoes on, you
will Be marked uP
This goes for any one who
Enters
3-5-10
D. B.