UNITED STATES DISTRICT COURT, DISTRICT OF NEW MEXICO
## SENTENCING MINUTE SHEET

| | | | |
|---|---|---|---|
| CR No. | 10-3104 BB | USA vs. | Beebe |
| Date: | 1/25/12 | Name of Deft: | Paul Beebe |
| | Before the Honorable | BRUCE D. BLACK | |

| | | | | |
|---|---|---|---|---|
| Time In/Out: | 10:07 - 10:45 | | Total Time in Court (for JS10): | 38 minutes |
| Clerk: | Gene Rael | | Court Reporter: | Jennifer Bean |
| AUSA: | Roberto Ortega | | Defendant's Counsel: | Michael V. Davis |
| Sentencing in: | Santa Fe, NM | | Interpreter: | None |
| Probation Officer: | C. CdeBaca | Sworn? | Yes | No |
| Convicted on: | **X** Plea / Verdict | As to: | Information | **X** Indictment |
| If Plea: | **X** Accepted / Not Accepted | Adjudged/Found Guilty on Counts: | **Count 2** | |
| **X** Plea Agreement Accepted | | PSR: | **X** Not Disputed | Disputed |
| PSR: **X** Court Adopts PSR Findings | | Evidentiary Hearing: | **X** Not Needed | Needed |
| Exceptions to PSR: | | | | |

### SENTENCE IMPOSED
Imprisonment (BOP): 102 months, concurrently to State of New Mexico case D-116 CR 2010-00479

| Supervised Release: | 3 years | Probation: | | 500-Hour Drug Program |
|---|---|---|---|---|

### SPECIAL CONDITIONS OF SUPERVISION
Defendant must comply with the Mandatory and Standard conditions along with the following special conditions:

| | | | |
|---|---|---|---|
| **X** | Participate in substance abuse program/drug testing | | Residential re-entry program for _months |
| **X** | Participate in mental health program | | Community service for _____ months _____ days |
| **X** | No alcohol/liquor establishments | | Reside halfway house _____ months _____ days |
| **X** | Submit to search of person/property | | Provide financial information |
| **X** | No contact with co-defendant's | | Complete educational / vocational Program |
| **X** | No contact (direct or indirect) with the Victim | | |
| | OTHER: | | |

| | | | | |
|---|---|---|---|---|
| Fine: $ | **0** | | Restitution: $ | |
| SPA: $ | 100.00 ($100 as to each Count) | Payment Schedule: | **X** Due Immediately | Waived |

OTHER:

| | | | |
|---|---|---|---|
| | Advised of Right to Appeal | **X** | Waived Appeal Rights per Plea Agreement |
| **X** | Held in Custody | | Voluntary Surrender |
| **X** | Recommended place(s) of incarceration: | FCI Oxford or Phoenix, AZ., if eligible. | |
| | Dismissed Counts: | Count 1 Motion to Dismiss will be filed electronically. | |
| | OTHER COMMENTS | Deft addresses court. Mr. Ortega addresses court. The victim and the family of the victim addressed the court. Special Civil rights prosecutor addresses court. | |